Case 08-27361    Filed 10/23/08    Doc 67

FILED
October 23, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001473598

1  JaVonne M. Phillips, Esq., SBN 187474
   Kelly Ann Tran, Esq., SBN 254476
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Mortgage Electronic Registration Systems, Inc., as nominee for American Home Mortgage
6  Servicing, Inc., its assignees and/or successors

7

8                       UNITED STATES BANKRUPTCY COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                             SACRAMENTO DIVISION

11
    In re:                                         ) Case No. 08-27361-C-7S
12                                                  )
                                                    ) DC No.: KAT-1
13                                                  )
    Johannes George Janse Van Rensburg,             )
14  Matilda Hendrina Janse Van Rensburg,            ) Chapter 7
                                                    )
15                                                  )
                                                    ) **MOTION FOR RELIEF FROM**
16            Debtors.                              ) **AUTOMATIC STAY**
17  _____                 )
                                                    )
18  Mortgage Electronic Registration                )
    Systems, Inc., as nominee for American          )
19  Home Mortgage Servicing, Inc., its              )
    assignees and/or successors in interest,        ) Date:   11/18/08
20                                                  ) Time:   9:30 am
21           Secured Creditor,                      ) Ctrm:   35, 6th Floor
                                                    ) Place:  501 I Street
22      v.                                          )         Sacramento, CA
23                                                  )
    Johannes George Janse Van                       )
24  Rensburg,Matilda Hendrina Janse Van             ) Judge: Christopher M. Klein
    Rensburg, Debtors; and Hank Spacone,            )
25  Chapter 7 Trustee,                              )
26                                                  )
27                                                  )
            Respondents.                            )
28                                                  )
29  _____                 )

Mortgage Electronic Registration Systems, Inc., as nominee for American Home Mortgage Servicing, Inc., its assignees and/or successors ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtors property, commonly known as 4435 Bays Water Drive, Colorado Springs, CO 80920, ("Property" herein). **See Exhibit "1".**

A copy of Secured Creditor's Relief From Stay Information Sheet is filed concurrently herewith as a separate document pursuant to Local Rules of Court.

The current value of the Debtors' subject Property is $253,215.00, based upon the Debtors' own value as set forth in Schedule A. **See Exhibit "2".** Movant requests the court to take judicial notice of the Debtors' Schedules.

In the present case, the Debtors have no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | | |
|---|---|---|
| Value | $ | 253,215.00 |
| Total Liens to Secured Creditor | $ | 258,542.79 |
| Equity | $ | (5,327.79) |

Further, Debtors intend to <u>Surrender</u> the subject property as set forth in Debtors' Statement of Intention. **See Exhibit "3".**

Based on the foregoing, Secured Creditor alleges that there is no equity in the subject Property, the subject Property is not necessary for an effective reorganization, and Secured Creditor is not adequately protected.  Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the ten day stay described in Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

4. For such other relief as the Court deems proper.

Dated:  October 23, 2008	McCarthy & Holthus, LLP

By:  /s/ Kelly Ann Tran
Kelly Ann Tran, Esq.
Attorney for Secured Creditor
Mortgage Electronic Registration Systems, Inc., as nominee for American Home Mortgage Servicing, Inc., its assignees and/or successors